1

2

3

4

5                         IN THE UNITED STATES DISTRICT COURT

6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    INN FOODS INC,                                    No. C 07-00649 SI

9              Plaintiff,                              **SECOND EXTENSION OF TEMPORARY**
                                                       **RESTRAINING ORDER**
10     v.

11   TURNER MEAD LLC, and PAUL STEVEN
     MEAD, III,
12
              Defendants.
13   _____/

14

15          On February 9, 2007, the Court issued a Temporary Restraining Order and Order to Show Cause,

16   enjoining defendants from dispersing trust assets held by defendants pursuant to the Perishable

17   Agricultural Commodities Act (PACA), 7 U.S.C. § 499e(c).  The Court ordered plaintiff to immediately

18   serve defendants with a copy of the Order and all related papers.  The Court scheduled a hearing on

     plaintiff's motion for preliminary injunction for February 23, 2007, at 9:00 a.m.  The Temporary
19
     Restraining Order was to remain in effect until the time of the preliminary injunction hearing.
20
            By order filed February 24, 2007, the Court continued the preliminary injunction hearing to
21
     March 2, 2007, due to plaintiff's inability to serve defendants.  At the March 2, 2007 hearing, plaintiff's
22
     counsel informed the Court that defendants had been served with the complaint and temporary retraining
23
     order papers, but that plaintiff had been unable to effectuate service of the Court's February 24, 2007
24
     order.
25
            To ensure that defendants have notice and the opportunity to be heard on plaintiff's motion for
26
     a preliminary injunction, the Court continues the preliminary injunction hearing for two additional
27
     weeks, until Friday, March 16, 2007, at 9:00 a.m.  Pursuant to Federal Rule of Civil Procedure 65(b),
28

**United States District Court**
**For the Northern District of California**

the current circumstances constitute good cause for extending the Temporary Restraining Order two additional weeks, to the time of the re-scheduled preliminary injunction hearing.  Plaintiff must serve a copy of this Order on defendants.

**IT IS SO ORDERED.**

Dated: March 2, 2007

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California