1  Lawrence H. Meuers, Esq. (SBN 197663)
   **MEUERS LAW FIRM, P.L.**
2  5395 Park Central Court
   Naples, FL 34109
3  Telephone: (239)513-9191
   Facsimile: (239)513-9677
4  lmeuers@meuerslawfirm.com

5  *Attorneys for Intervenor Plaintiff, Dennis Sales, Ltd.*

7           **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
8                **SAN FRANCISCO DIVISION**

9  | INN FOODS, INC., | Case No.: 3:07-cv-649 |
10 |        Plaintiff, |
11 |        vs. |
12 | TURNER MEAD, LLC, and PAUL STEVEN MEAD, III, |
13 |
14 |        Defendants. |

16  **[~~PROPOSED~~] ORDER GRANTING MOTION OF DENNIS SALES, LTD.**
    **FOR LEAVE TO INTERVENE AND TO AMEND PRELIMINARY INJUNCTION**

17         The ~~Motion of Dennis Sales,~~ unopposed Ltd. for Leave to Intervene and to Amend
18  Preliminary Injunction came before this Court on Friday, September 21, 2007 9:00 a.m.,
19  after proper notice was issued. No party appeared ~~Katy Koestner Esquivel, counsel for the Plaintiff and~~
20  ~~Intervening Plaintiff appeared telephonically.~~

21         The Court finds that Dennis' claims an interest relating to property which is the
22  subject of this action, under the Perishable Agricultural Commodities Act ("PACA"), 7
23  U.S.C. §499a, et seq., which law requires full payment promptly to unpaid produce
24  suppliers or sellers, and establishes a statutory trust for the benefit of all unpaid
25  qualified produce suppliers or sellers. The Court further finds that Dennis is so
26  situated that the disposition of this action may, as a practical matter, impede Dennis'
27  ability to protect that interest, and that Dennis' interest is not adequately represented
28  by Inn Foods, given that the Court has entered a Preliminary Injunction Order for the

[Proposed] Order Granting Motion to Intervene and to Amend                    Page 1 of 3
Preliminary Injunction

1  benefit of Inn Foods, only, thereby freezing the PACA trust assets held in trust by
2  defendant Turner Mead, LLC ("Turner Mead") and inhibiting payment of these assets
3  to anyone other than Inn Foods. The Court further finds that if the Preliminary
4  Injunction Order is not amended to permit Dennis to share in the PACA trust assets, it
5  will continue to inhibit Dennis from receiving any payments from Turner Mead. The
6  Court further finds that Dennis' claim and the main action have common questions of
7  law and fact.

8  Based on the foregoing, and there being no objection to Dennis' intervention, **IT
9  IS HEREBY ORDERED** that:

10  1. The Motion of Dennis Sales, Ltd. for Leave to Intervene and to Amend
11  Preliminary Injunction is GRANTED.

12  2. Dennis will file the proposed form of Complaint in Intervention attached
13  to Dennis' motion within fifteen (15) days of the date of this Order.

14  3. Dennis will serve its Complaint In Intervention, after filing, upon all
15  named defendants in accordance with the Federal Rules of Civil Procedure and any
16  applicable local rules.

17  4. Within ten (10) days of the date of this Order, Dennis and original
18  plaintiff Inn Foods will jointly submit a proposed form of Amended Preliminary
19  Injunction Order, which will permit Dennis to share in the PACA trust assets held in
20  trust by defendant Turner Mead and provide for Dennis to receive payments from
21  Turner Mead.

22  5. Immediately upon entry of this Order and until the Court has entered an
23  order amending the Preliminary Injunction Order in the manner described above in
24  Paragraph 4 of this Order, Inn Foods will hold in escrow, for the benefit of both Inn
25  Foods and Dennis, any and all PACA trust assets it has received to date and any future
26  payments of PACA trust assets it receives from the defendants in connection with this
27  litigation.

28

1 **DONE AND ORDERED** in Chambers at San Francisco, California this 21 day of
2 Sept _____, 2007.

*[signature: Susan Illston]*

Susan Illston
United States District Court Judge

[Proposed] Order Granting Motion to Intervene and to Amend Preliminary Injunction     Page 3 of 3